459 A.2d 33

Commonwealth v. Smith, Appellant.

Submitted December 15, 1981. Richard J. Makoul, for appellant; Michael Vedomsky, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

The judgment of sentence of the learned Northampton County Common Pleas Court Judge Alfred T. Williams, Jr. is affirmed.

JOHNSON, J., filed a memorandum dissenting opinion.